UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.L.A. and O.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:20-cv-1524-RAJ<br><br>**DECLARATION OF SYDNEY MALTESE IN SUPPORT OF OPPOSITION TO MOTION TO TRANSFER VENUE AND PARTIAL MOTION TO DISMISS** |

I, Sydney Maltese, declare as follows:

1. I submit this declaration in support of Plaintiffs E.L.A. and O.L.C.'s opposition to Defendant's motion to transfer venue and partial motion to dismiss. I am over the age of 18, have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as set forth below.

2. I am a paralegal with the Northwest Immigrant Rights Project, counsel of record for Plaintiffs.

DECL. OF SYDNEY MALTESE IN OPP.
TO MOT. TO TRANSFER VENUE AND PARTIAL
MOT. TO DISMISS
Case No. 2:20-cv-1524-RAJ

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

3. Attached as Exhibit A is a true and correct copy of U.S. Department of Homeland Security Notice of Release and Proof of Service for plaintiff E.L.A., documenting release under the category of parole, dated March 6, 2019.

I declare under penalty of perjury under the laws of the state of Washington and the laws of the United States that the foregoing is true and correct.

Executed this 8th day of February, 2021, in Seattle, Washington.

_____
Sydney Maltese

DECL. OF SYDNEY MALTESE IN OPP. TO MOT. TO TRANSFER VENUE AND PARTIAL MOT. TO DISMISS
Case No. 2:20-cv-1524-RAJ

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 8th day of February, 2021.

s/ Aaron Korthuis
Aaron Korthuis
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872
(206) 587-4025 (fax)

DECL. OF SYDNEY MALTESE IN OPP. TO MOT. TO TRANSFER VENUE AND PARTIAL MOT. TO DISMISS
Case No. 2:20-cv-1524-RAJ

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611