# EXHIBIT A

# Notice of Release and Proof of Service



To: I███ A█████ E█████
███████████
**Seattle, WA 98108**
███████████

Date: 03/06/2019
File: A████████ █
Release: [Parole]

You have been released from service custody pending a final decision in your removal hearing. It is understood that you will be residing at the above address. The law requires you notify the immigration court (at the address shown below) of any address correction or address change. When doing so, be sure to include your name and the File Number shown above in your written communication. The attached form, EOIR-33 can be used for this purpose.

> **Executive Office of Immigration Review**
> **Immigration Court**
> **1000 Second Ave.,**
> **Ste. 2500**
> **Seattle, WA 98104**

If you have already appeared before the Immigration Judge, you have been told when to appear for a further hearing. If you have yet to appear before the Judge, a notice of hearing will soon be sent to you at the above address. If you do not appear for the hearing, three (3) actions can be taken in your case:

1. Your removal hearing may be held in your absence.
2. If a bond has been paid, it may be breached.
3. A warrant for your arrest may be issued.

I certify that the address listed above, furnished by me to the Service is correct and that a copy of this notice has been received by me this date.

_____  03/06/2019
Signature of Respondent          Date

---

## PROOF OF SERVICE

I certify that on this date, I served the attached Form I-830 and release notice on the respondent by the following method (as checked):

__X__ Hand delivery.

_____ By first class mail, postage prepaid, to the following address:

_____
_____
_____

_____ Service by mail on respondent's counsel of record at the following address:

_____
_____
_____

_____  D.O.   03/06/2019
Signature and Title of ICE Officer   Date

| Alien's Name | File Number | Date |
|---|---|---|
| L███ Ag███, E█████ | A███ ███ ██ | 03/06/2019 |

*Alien's Signature*

**Alien's Address**

L███ Ag███ E█
████ - ██
Seattle, WA 98108
████████

Alien's Telephone Number

**RIGHT INDEX PRINT**

### PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| | | |
| | | |

Report in person to the ICE/ ERO Office located at 12500 Tukwila International Blvd. | Seattle, WA 98168
Telephone: (206)835-0650 on 03/13/2019 at 09:00 am.

| Signature | Title |
|---|---|
| Phat Nguyen | Deportation Officer |