The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.L.A. and O.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C20-1524-RAJ <br><br> NOTICE OF SUPPLEMENTAL AUTHORITY |

PLEASE TAKE NOTICE THAT, pursuant to LCR 7(n), Defendant United States of America respectfully brings to the Court's attention the following supplemental authority:

- *Reyes Luna v. United States of America*, No. C20-1152RSL (W.D. Wash. Feb. 22, 2021) (denying the United States' motion to transfer venue to the Southern District of Texas). *See* Exhibit A.

- The United States believes the facts in the above-referenced action are distinguishable from the facts before this Court and respectfully requests the opportunity to offer additional analysis or briefing upon the Court's request.

NOTICE OF SUPPLEMENTAL AUTHORITY
C20-1524-RAJ - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 25th day of February, 2021.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA # 48978

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NYBA # 5195664
Assistant United States AttorneyS
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: nickolas.bohl@usdoj.gov
Email: kristen.vogel@usdoj.gov

Attorneys for the United States

NOTICE OF SUPPLEMENTAL AUTHORITY
C20-1524-RAJ - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970