The Honorable Richard A. Jones

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

E.L.A. and O.L.C.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:20-cv-1524

[~~PROPOSED~~] ORDER GRANTING
PLAINTIFFS' MOTION TO
PROCEED UNDER PSEUDONYMS
AND FOR PROTECTIVE ORDER

11
12
13
14
15
16

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonyms and for

Protective Order, and good cause appearing therefore, the motion is **GRANTED,** and **IT**

**IS FURTHER ORDERED** that:

    (a)    the parties shall refer to Plaintiffs by the pseudonyms "E.L.A." and

           "O.L.C." in all filings and public proceedings;

    (b)    the parties shall redact all personally identifying information, including

           Plaintiffs' true full name and initials, from all filings consistent with

Federal Rule of Civil Procedure 5.2;

(c)    Defendant is prohibited from disclosing Plaintiffs' identity to any nonparty unless such disclosure is reasonably necessary to litigate this action;

(d)    Defendant shall provide a copy of the order issued to any nonparty who Defendant informs of Plaintiffs' identity; and

(e)    Defendant is prohibited from using any information concerning Plaintiffs obtained in connection with this lawsuit, including but not limited to Plaintiffs' true name, for any purpose other than this litigation.

DATED this 21st day of April, 2021.

_____

The Honorable Richard A. Jones
United States District Judge