District Judge Richard A. Jones

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  E.L.A. and O.L.C.,

11                          Plaintiffs,

12           v.

13  UNITED STATES OF AMERICA,

14                          Defendant.

15

Case No. C20-1524-RAJ

STIPULATED MOTION FOR ORDER OF
60-DAY ABEYANCE

NOTE ON MOTION CALENDAR:
JULY 8, 2021.

16      The Parties, by and through the undersigned counsel, jointly stipulate and move the Court

17  for a 60-day abeyance of this matter.

18      The United States, along with a group of counsel who are coordinating negotiations on

19  behalf of plaintiffs and claimants, are engaged in a nationwide effort to settle district court cases

20  and pending administrative tort claims arising from family separations at the U.S./Mexico border

21  that occurred during the prior administration.  While significant progress has been made, due to

22  the scale and complexity of the effort, additional time is needed to achieve a global resolution of

23  these matters.

24      Currently pending before the Court is Defendant's motion to transfer and partial motion

25  to dismiss.  Dkt. No. 15.  Further, the Court has scheduled a telephone conference for July 23,

26  2021, regarding those motions.  Holding this matter in abeyance will preserve judicial resources

JOINT STIPULATION FOR 60-DAY ABEYANCE
C20-1524-RAJ - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

due to the Court not having to unnecessarily hear argument or rule on the pending motions while settlement talks progress in earnest.

Therefore, the parties stipulate and agree that good cause exists for an Order:

1.     Holding this matter in abeyance for 60 days until September 8, 2021, including staying Defendant's pending motion to transfer and partial motion to dismiss during that time;

2.     That, if this matter is not settled by September 8, 2021, the parties will jointly update the Court and either seek an additional abeyance or continue the litigation.

Respectfully submitted,

s/ Matt Adams
Matt Adams
matt@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis
aaron@nwirp.org

s/ Margot Adams
Margot Adams
margot@nwirp.org

**NORTHWEST IMMIGRANT RIGHTS PROJECT**
615 Second Avenue, Suite 400
Seattle, Washington 98104
Tel: +1.206.957.8611
Fax: +1.206.587.4025
matt@nwirp.org
aaron@nwirp.org
margot@nwirp.org

s/ Susan Baker Manning
Susan Baker Manning*

**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel: +1.202.739.3000
Fax: +1.202.739.3001
susan.manning@morganlewis.com

JOINT STIPULATION FOR 60-DAY ABEYANCE
C20-1524-RAJ - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1
2
3
4
5
6

Elizabeth M. Chiaviello*
Nicholaus E. Floyd*
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: +1.713.890.5000
Fax: +1.713.890.5001
elizabeth.chiaviello@morganlewis.com
nicholaus.floyd@morganlewis.com

7
* Admitted *pro hac vice*

8
Attorneys for Plaintiffs

9
TESSA GORMAN
10
Acting United States Attorney

11
*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NYBA # 5195664
12
Assistant United States Attorney
Western District of Washington
13
United States Attorney's Office
14
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
15
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov

16

17
*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA # 48978
18
Assistant United States Attorneys
Western District of Washington
19
United States Attorney's Office
700 Stewart Street, Suite 5220
20
Seattle, Washington 98101-1271
Phone: 206-553-7970
21
Email: nickolas.bohl@usdoj.gov

22
Attorneys for the United States

23
24
25
26

JOINT STIPULATION FOR 60-DAY ABEYANCE
C20-1524-RAJ - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1

**ORDER**

2

**IT IS SO ORDERED.**

3

4

Dated this _____ day of _____, 2021.

5

6

_____

7

The Honorable Richard A. Jones
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970