District Judge Richard A. Jones

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 10   E.L.A. and O.L.C., | Case No. C20-1524-RAJ |
| 11                          Plaintiffs, | SECOND STIPULATED MOTION FOR ORDER OF 60-DAY ABEYANCE |
| 12                   v. | |
| 13   UNITED STATES OF AMERICA, | NOTE ON MOTION CALENDAR: SEPTEMBER 7, 2021 |
| 14                          Defendant. | |
| 15 | |

16    The Parties, by and through the undersigned counsel, jointly stipulate and move the Court

17 for a second 60-day abeyance of this matter.  On July 9, 2021, the Court granted the parties' first

18 request for a 60-day abeyance.  Dkt. No. 26.

19    Since then, the United States and the group of counsel coordinating negotiations on

20 behalf of plaintiffs and claimants ("Coordinating Counsel") continue to make significant

21 progress in their effort to settle the district court cases nationwide and pending administrative tort

22 claims arising from family separations at the U.S./Mexico border that occurred during the prior

23 administration.  During the current stay period, the United States and Coordinating Counsel

24 continued to meet frequently and narrowed their differences on important elements of the

25 settlement framework.  However, due to the scale and complexity of the settlement effort,

26 additional time is needed to reach a final agreement.  To facilitate these ongoing discussions, the

SECOND JOINT STIPULATION FOR 60-DAY ABEYANCE
C20-1524-RAJ - 1

1  parties jointly request that this action, including all proceedings and case deadlines, be held in

2  abeyance for an additional 60 days.

3      Therefore, the parties stipulate and agree that good cause exists for an Order:

4      1.    Holding this matter in abeyance for 60 days until November 8, 2021;

5      2.    That, if this matter is not settled by November 8, 2021, the parties will jointly

6  update the Court and either seek an additional abeyance or continue the litigation.

7      Respectfully submitted,

8

9  *s/ Matt Adams*
   Matt Adams
   matt@nwirp.org

10

11  *s/ Aaron Korthuis*
   Aaron Korthuis
   aaron@nwirp.org

12

13  *s/ Margot Adams*
   Margot Adams
   margot@nwirp.org

14

15  **NORTHWEST IMMIGRANT RIGHTS**
16  **PROJECT**
   615 Second Avenue, Suite 400
17  Seattle, Washington 98104
   Tel: +1.206.957.8611
18  Fax: +1.206.587.4025
   matt@nwirp.org
19  aaron@nwirp.org
20  margot@nwirp.org

21  *s/ Susan Baker Manning*
   Susan Baker Manning*

22

23  **MORGAN, LEWIS & BOCKIUS LLP**
   1111 Pennsylvania Avenue NW
24  Washington, D.C. 20004
   Tel: +1.202.739.3000
25  Fax: +1.202.739.3001
   susan.manning@morganlewis.com

26

SECOND JOINT STIPULATION FOR 60-DAY ABEYANCE
C20-1524-RAJ - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Elizabeth M. Chiaviello*
Nicholaus E. Floyd*
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: +1.713.890.5000
Fax: +1.713.890.5001
elizabeth.chiaviello@morganlewis.com
nicholaus.floyd@morganlewis.com

* Admitted *pro hac vice*

TESSA GORMAN
Acting United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NYBA # 5195664
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA # 48978
Assistant United States Attorneys
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: nickolas.bohl@usdoj.gov

Attorneys for the United States

SECOND JOINT STIPULATION FOR 60-DAY ABEYANCE
C20-1524-RAJ - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1

**ORDER**

2

**IT IS SO ORDERED.**

3

4

Dated this _____ day of _____, 2021.

5

6

_____

7

The Honorable Richard A. Jones
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SECOND JOINT STIPULATION FOR 60-DAY ABEYANCE
C20-1524-RAJ - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970