District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.L.A. and O.L.C., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br> UNITED STATES OF AMERICA, <br><br>　　　　　Defendant. | Case No. C20-1524-RAJ <br><br> THIRD STIPULATED MOTION FOR ORDER OF 30-DAY ABEYANCE <br><br> NOTE ON MOTION CALENDAR: NOVEMBER 5, 2021 |

　　The Parties, by and through the undersigned counsel, jointly stipulate and move the Court for a 30-day abeyance of this matter. On September 8, 2021, the Court granted the parties' second request for a 60-day abeyance. Dkt. No. 28.

　　Over the past 60 days, the United States and the group of counsel coordinating negotiations on behalf of plaintiffs and claimants ("Coordinating Counsel") have continued to work diligently in an effort to resolve the many district court cases and administrative tort claims that have been filed by claimants across the country, arising from family separations at the U.S./Mexico border that occurred during the prior administration. An agreement has not been reached. However, a further abeyance will allow the parties to continue focusing their efforts on attempting to resolve these matters. Accordingly, the parties jointly request that this action, including all proceedings and case deadlines, be held in abeyance for an additional 30 days.

THIRD JOINT STIPULATION FOR 30-DAY ABEYANCE
C20-1524-RAJ - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Therefore, the parties stipulate and agree that good cause exists for an Order:

1. Holding this matter in abeyance for 30 days until December 8, 2021;

2. That, if this matter is not settled by December 8, 2021, the parties will jointly update the Court and either seek an additional abeyance or continue the litigation.

Respectfully submitted,

*s/ Matt Adams*
Matt Adams
matt@nwirp.org

*s/ Aaron Korthuis*
Aaron Korthuis
aaron@nwirp.org

*s/ Margot Adams*
Margot Adams
margot@nwirp.org

**NORTHWEST IMMIGRANT RIGHTS PROJECT**
615 Second Avenue, Suite 400
Seattle, Washington 98104
Tel: +1.206.957.8611
Fax: +1.206.587.4025
matt@nwirp.org
aaron@nwirp.org
margot@nwirp.org

*s/ Susan Baker Manning*
Susan Baker Manning*

**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel: +1.202.739.3000
Fax: +1.202.739.3001
susan.manning@morganlewis.com

Elizabeth M. Chiaviello*
Nicholaus E. Floyd*
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000

---

THIRD JOINT STIPULATION FOR 30-DAY ABEYANCE
C20-1524-RAJ - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Houston, Texas 77002
Tel: +1.713.890.5000
Fax: +1.713.890.5001
elizabeth.chiaviello@morganlewis.com
nicholaus.floyd@morganlewis.com

\* Admitted *pro hac vice*

NICHOLAS W. BROWN
United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978
Assistant United States Attorneys
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: nickolas.bohl@usdoj.gov

Attorneys for the United States

THIRD JOINT STIPULATION FOR 30-DAY ABEYANCE
C20-1524-RAJ - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

THIRD JOINT STIPULATION FOR 30-DAY ABEYANCE
C20-1524-RAJ - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970