District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.L.A. and O.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:20-cv-1524-RAJ <br><br> **JOINT MOTION TO LIFT STAY OF PROCEEDINGS** <br><br> NOTE ON MOTION CALENDAR: <br> December 21, 2021 |

The Parties, by and through the undersigned counsel, jointly move this Court to lift the stay of proceedings in this case. A stay has been in effect in this case since July 9, 2021, in light of ongoing settlement discussions to discuss a potential nationwide resolution of Federal Tort Claims Act cases involving family separations. Following the parties' most recent motion to continue that stay, Dkt. 31, counsel for the government informed the counsel coordinating the settlement talks on behalf of the separated families that a nationwide resolution is not possible.

As a result, because the reason for the stay between the parties is no longer applicable, the parties respectfully request that the Court lift the stay in this case. At the time the Court first issued a stay, Defendant's motion to transfer and dismiss was fully briefed and pending, and the Court had reached out to schedule oral arguments on that motion. The Court had also removed from the calendar all deadlines in the case, including for the Federal Rule of Civil Procedure

J. MOT. TO LIFT STAY OF PROCEEDINGS
NO 2:20-cv-1524-RAJ - 1

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

26(f) conference and report. The parties will await the Court's decision on Defendants' pending motion once the stay is lifted in order to proceed with the case.

Respectfully submitted,

*s/ Matt Adams*
Matt Adams
matt@nwirp.org

*s/ Aaron Korthuis*
Aaron Korthuis
aaron@nwirp.org

*s/ Margot Adams*
Margot Adams
margot@nwirp.org

**NORTHWEST IMMIGRANT RIGHTS PROJECT**
615 Second Avenue, Suite 400
Seattle, Washington 98104
Tel: +1.206.957.8611
Fax: +1.206.587.4025
matt@nwirp.org
aaron@nwirp.org
margot@nwirp.org

*s/ Susan Baker Manning*
Susan Baker Manning*

**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel: +1.202.739.3000
Fax: +1.202.739.3001
susan.manning@morganlewis.com

Elizabeth M. Chiaviello*
Nicholaus E. Floyd*
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: +1.713.890.5000
Fax: +1.713.890.5001
elizabeth.chiaviello@morganlewis.com
nicholaus.floyd@morganlewis.com

J. MOT. TO LIFT STAY OF PROCEEDINGS
NO 2:20-cv-1524-RAJ - 2

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

\* Admitted *pro hac vice*

NICHOLAS W. BROWN
United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978
Assistant United States Attorneys
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: nickolas.bohl@usdoj.gov

Attorneys for the United States

J. MOT. TO LIFT STAY OF PROCEEDINGS
NO 2:20-cv-1524-RAJ - 3

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

**ORDER**

Having reviewed the parties' joint to motion to lifthe stay of proceedings, the Court GRANTS the motion. A stay of proceedings is no longer in effect. **IT IS SO ORDERED.**

Dated this _____ day of _____, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

J. MOT. TO LIFT STAY OF PROCEEDINGS
NO 2:20-cv-1524-RAJ - 4

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 21st day of December, 2021.

s/ Aaron Korthuis
Aaron Korthuis
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872
(206) 587-4025 (fax)

J. MOT. TO LIFT STAY OF PROCEEDINGS
NO 2:20-cv-1524-RAJ - 5

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611