District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.L.A. and O.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C20-1524-RAJ <br><br> DECLARATION OF NICKOLAS BOHL IN SUPPORT OF DEFENDANT UNITED STATES' MOTION TO PARTIALLY DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION |

I, Nickolas Bohl, hereby declare and certify as follows:

1. I am an Assistant United States Attorney for the Office of the United States Attorney for the Western District of Washington, and assigned as counsel of record for the United States of America. I am familiar with the record and facts in this matter and have personal knowledge of the information asserted below.

2. On November 8, 2022, the parties telephonically met and conferred about Defendant's motion to dismiss for lack of subject matter jurisdiction. The parties discussed the substance of Defendant's jurisdictional arguments but they were not able to resolve the issues at that time.

DECLARATION OF NICKOLAS BOHL IN SUPPORT OF
DEFENDANT UNITED STATES' MOTION TO PARTIALLY
DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
C20-1524-RAJ - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
2   United States of America that the foregoing is true and correct to the best of my knowledge.
3   Executed this 14th day of November, 2022 at Seattle, Washington.

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  nickolas.bohl@usdoj.gov

*Attorney for Defendant*

DECLARATION OF NICKOLAS BOHL IN SUPPORT OF
DEFENDANT UNITED STATES' MOTION TO PARTIALLY
DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
C20-1524-RAJ - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970