District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.L.A. and O.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C20-1524-RAJ <br><br> STIPULATED MOTION FOR PROTECTIVE ORDER <br><br> NOTE ON MOTION CALENDAR: August 4, 2023 |

The Parties, by and through the undersigned counsel, jointly stipulate and move the Court to enter a Protective Order pursuant to LCR 26(c) to permit the disclosure of confidential information in this case. Beginning with their Rule 26(f) conference, the Parties discussed entering into a protective order that would efficiently facilitate disclosures and production, including tens of thousands of pages of documents originating from multiple government agencies in two related lawsuits in the District Court of Arizona ("Common Discovery"), and additional government documentation concerning the separation, detention during separation, and reunification of Plaintiffs. The parties met and conferred and agreed to a proposed stipulated Protective Order that includes numerous modifications from this District's Model Protective Order ("MPO"). The proposed Protective Order is attached hereto as Exhibit A and the redlined version identifying departures from the MPO is attached hereto as Exhibit B.

STIPULATED MOTION FOR PROTECTIVE ORDER
C20-1524-RAJ - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  The Parties' proposed stipulated Protective Order is the product of collaborative efforts
2  between counsel for Plaintiffs and Defendant to present a mutually acceptable protective order
3  that conforms in large part with the provisions and procedures of the MPO while also tailoring
4  that order to reflect the nature of the documents at issue in this case and the significant discovery
5  efforts that have already been taken in the District of Arizona lawsuits.  This case involves
6  disclosures relating to the creation, development, and implementation of agency policies by
7  national-level policymakers, as well as agency officials and employees at the regional or local
8  level who may have been involved operationally in carrying out these policies; and immigration
9  specific information for Plaintiffs, including  A-Files, I-213s, and detention documentation.  The
10 Common Discovery that Plaintiffs have requested Defendant to produce contains nearly 60,000
11 pages of related documents pursuant to an extensively-negotiated stipulated protective order in
12 the District of Arizona, as well as a corollary evidentiary order.  *See* Stipulated Protective Order,
13 *A.P.F., et al. v. United States*, Civil Action No. CV20-00065-PHX-SRB, ECF No. 45.  In
14 addition, multiple federal agencies of Defendant have been collecting other documentation
15 concerning the separation, detention during separation, and reunification of Plaintiffs.  The
16 Parties' proposed Protective Order balances the sensitivities of this documentation with the need
17 for efficient and timely disclosure.

18  Accordingly, the Parties respectfully request the Court to enter the proposed Protective
19 Order or otherwise direct the Parties to submit further briefing, if the Court deems it necessary,
20 to justify the modifications in the proposed Protective Order.

21  DATED August 4, 2023.

Respectfully submitted,

*s/ Matt Adams*
Matt Adams, WSBA No. 28287
matt@nwirp.org

*s/ Aaron Korthuis*
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

STIPULATED MOTION FOR PROTECTIVE ORDER
C20-1524-RAJ - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

|   |   |
|---|---|
| 1 | *s/ Leila Kang* |
| 2 | Leila Kang, WSBA No. 48048 |
|   | leila@nwirp.org |

*s/ Leila Kang*
Leila Kang, WSBA No. 48048
leila@nwirp.org

*s/ Glenda M. Aldana Madrid*
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

**NORTHWEST IMMIGRANT RIGHTS PROJECT**

615 Second Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 957-8611
Fax: (206) 587-4025

**MORGAN, LEWIS & BOCKIUS LLP**

*s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
damon.elder@morganlewis.com
1301 Second Ave., Suite 2800
Seattle, WA 98101
Tel: (206) 274-6400
Fax: (206) 274.6401

**MORGAN, LEWIS & BOCKIUS LLP**

Elizabeth M. Chiaviello*
elizabeth.chiaviello@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, TX 77002
Tel: (713) 890-5000
Fax: (713) 890-5001

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR PROTECTIVE ORDER
C20-1524-RAJ - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

TESSA M. GORMAN
Acting United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978
Assistant United States Attorneys
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: nickolas.bohl@usdoj.gov

*Attorneys for the United States*

STIPULATED MOTION FOR PROTECTIVE ORDER
C20-1524-RAJ - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION FOR PROTECTIVE ORDER
C20-1524-RAJ - 5

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970