The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| E.L.A. and O.L.C., | Case No. 2:20-cv-01524-RAJ |
| Plaintiffs, | STIPULATION FOR DISMISSAL |
| v. | Note on Motion Calendar: March 5, 2024 |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties, by and through the undersigned counsel of record, previously provided notice that this matter had settled. Now that settlement has been perfected, the parties stipulate that this matter be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which permits the dismissal of an action without a court order upon the stipulation of dismissal signed by all parties who have appeared. The parties further stipulate that this matter be dismissed with prejudice without fees or costs to either party.

**SO STIPULATED**.

//
//
//

STIPULATION FOR DISMISSAL
[Case No. 2:20-cv-01524-RAJ] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  Dated this 5th day of March, 2024.

2  Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | *s/ Matt Adams*<br>Matt Adams, WSBA No. 28287<br>matt@nwirp.org |
| *s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NY No. 5195664 | *s/ Aaron Korthuis*<br>Aaron Korthuis, WSBA No. 53974<br>aaron@nwirp.org |
| *s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA No. 48978<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Tel: (206) 553-7970<br>Fax: (206) 553-4067<br>Email: kristen.vogel@usdoj.gov<br>Email: nickolas.bohl@usdoj.gov<br><br>*Attorneys for United States of America* | *s/ Leila Kang*<br>Leila Kang, WSBA No. 48048<br>leila@nwirp.org<br><br>*s/ Glenda M. Aldana Madrid*<br>Glenda M. Aldana Madrid, WSBA No. 46987<br>glenda@nwirp.org<br><br>*s/ Audrey Gilliam*<br>Audrey Gilliam, WSBA No. 58934<br>audrey@nwirp.org |
| I certify that this memorandum contains 83 words, in compliance with the Local Civil Rules. | **NORTHWEST IMMIGRANT RIGHTS PROJECT**<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>Tel: (206) 957-8611<br>Fax: (206) 587-4025 |
| | *s/ Damon C. Elder*<br>Damon C. Elder, WSBA No. 46754<br>damon.elder@morganlewis.com<br><br>*s/ Per D. Jansen*<br>Per D. Jansen, WSBA No. 49966<br>per.jansen@morganlewis.com<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1301 Second Ave., Suite 2800<br>Seattle, WA 98101<br>Tel: (206) 274-6400<br>Fax: (206) 274-6401 |

STIPULATION FOR DISMISSAL
[Case No. 2:20-cv-01524-RAJ] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

*s/ Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello*, TX No. 24088913
elizabeth.chiaviello@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, TX 77002
Tel: (713) 890-5000
Fax: (713) 890-5001
* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

STIPULATION FOR DISMISSAL
[Case No. 2:20-cv-01524-RAJ] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970